IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO.18-00020-CG |
| | ) | |
| KEVIN LEE WATSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on Defendant Kevin Lee Watson's Motion to Amend Judgment Pursuant to Rule 36, Federal Rules of Criminal Procedure (Doc. 39). Watson claims that the length of sentence stated in the judgment is greater than the sentence stated orally at the sentencing hearing and asks the Court to amend the judgment to reflect a sentence of 141 months and 1 week as to Count One.

At the sentencing hearing, the Court orally pronounced the sentence as to Count One to be "151 months minus nine months and three weeks." Sentencing Transcript at page 5 (Doc 38, p. 5). (The nine months and three weeks' adjustment was to give the defendant credit for time spent in state custody pursuant to U.S.S.G. §5G1.1.) Because the oral pronouncement of sentence was not a statement of a period of time, but was rather an equation, the Judgment expressed the sentence on Count One as a term of 141 months and 49 weeks. (Doc. 32, p.2). This was arrived at by subtracting the 9 months from 151 months, which would be 142 months, then again subtracting three weeks from 142 months. The subtraction of three weeks from 142 months, as

1

the Defendant points out, was done incorrectly.  The correct figure should have been 141 months and 1 week[1].

Accordingly, the Court hereby **GRANTS** Watson's motion and directs the Clerk of Court to enter a corrected Judgment that reads as follows:

> The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TWO HUNDRED ONE (201) MONTHS and ONE WEEK; said term gives the Defendant credit for time served while in local custody pursuant to U.S.S.G. § 5G1.1. Said term consists of 141 months and 1 week as to Count 1, and 60 months as to Count 2, to run consecutively to the term imposed as to Count 1.

**DONE** and **ORDERED** this 29th day of June, 2023.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Court is aware that the average number of weeks in a month is slightly more than 4 weeks, but every month has at least 4 weeks.  See: https://www.cuemath.com/questions/what-is-the-average-number-of-weeks-in-a-month/ (last visited on June 29, 2023.)